ORIGINAL

FILED
SEP 0 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                    ) Chapter 13
                                          )
ALFONSO HERNANDEZ SOLORIO                 ) Case No. 08-50701 CN
                                          )
DELIA SOLORIO                             ) **NOTICE OF UNCLAIMED DIVIDEND**
                                          )
            Debtors                       )
                                          )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497140 for an unclaimed dividend in the amount of $0.01. The name and address of the claimant entitled to the unclaimed dividend is as follows;

> ALFONSO HERNANDEZ SOLORIO
> DELIA SOLORIO
> P O BOX 1607
> SALINAS, CA 93902

Dated: September 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE